LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

March 17, 2020

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020
```

      Re: <u>United States v. Rebecca Linke, *et al.*</u>
          20 CR 160 (MKV)

Dear Judge Vyskocil:

    I represent Defendant Rebecca Linke in the above-referenced case and write to request, pursuant to F.R.Cr.P. 10(b) that the Court allow Ms. Linke to waive her personal appearance at her March 23, 2020 arraignment and the initial conference. Ms. Linke's written Waiver of Appearance is attached. The Government indicates that it has no objection to this request.

    In addition, I respectfully request permission to attend the conference via telephone in lieu of a personal appearance before your Honor.

    Given that there are, temporarily, considerable health dangers attendant to public gatherings and to the public transportation required to get to them, I hope that the Court will exercise its discretion to approve both of these requests.

    I thank the Court for its consideration.

Sincerely,

*David Wikstrom*
David Wikstrom

GRANTED. The Court accepts Defendant Linke's waiver of appearance and counsel's request to appear telephonically. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Ms. Linke should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Date: 3/18/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge