LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```

June 22, 2020

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Rebecca Linke, *et al.*</u>
      20 CR 160 (MKV)

Dear Judge Vyskocil:

  I represent Defendant Rebecca Linke, and submit this letter motion on her behalf seeking a modification of the travel limits of her bail as set forth below. The Government, by AUSA Andrew Adams does not object to the requested modification.

  Ms. Linke was released on the day of her arrest, March 9, 2020, on a $100,000 Personal Recognizance Bond cosigned by her parents. Her travel limits are the Southern and Eastern Districts of New York, and the District of New Jersey, where she lives. Ms. Linke has been fully compliant with all bail conditions at all times.

  I respectfully request that her travel limitations be extended to permit her to attend two continuing education conferences in equine veterinary medical manipulation, given by the Integrative Veterinary Medical Institute. (www.ivmi.us; course description at https://www.ivmi.us/en-us/academics/advancedevmm.aspx). She enrolled in the courses, and their tuition was paid, prior to her arrest. The courses are given during the periods 7/9-7/12, and 8/27-8/30, at the IVMI campus in Ocala, FL.

  Ms. Linke and I are available at any time for a conference, should the Court require additional information or have other questions. Her location and proposed travel itinerary will be provided to the Government and to Pretrial in advance.

I thank the Court for its consideration.

Sincerely,

David Wikstrom

GRANTED.  Ms. Linke's bail conditions are modified only to the extent to permit travel to and from Ocala, Florida, on the dates discussed in this letter.  All other conditions are unmodified.  Ms. Linke particularly is reminded that she is not to have any contact with racehorses outside the presence of the owner of the facility at which the horse is stabled.  This condition applies to any racehorses with which Ms. Linke may come in contact during the continuing educational course she is attending. SO ORDERED.

Date:  6/22/2020
New York, New York

Mary Kay Vyskocil
United States District Judge