UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  7/1/2020            │
└─────────────────────────────────┘
```

UNITED STATES OF AMERICA,

                    -against-                                    1:20-cr-160 (MKV)

JORGE NAVARRO, et al.                              **SCHEDULING ORDER**

                                        Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    The Parties are directed to appear for a Status Conference on November 17, 2020 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  In the event the conference must be held telephonically in light of the COVID-19 pandemic, the Court will issue a further order with dial-in information.

    On or before November 11, 2020, the Government and each Defendant or group of Defendants, as the case may be, should file a letter on ECF, not longer than three pages, outlining what motions if any it/they anticipate filing in this case.

**SO ORDERED.**


**Date:  July 1, 2020**
       **New York, NY**                          **MARY KAY VYSKOCIL**
                                                 **United States District Judge**