LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020

September 17, 2020

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**DENIED. SO ORDERED**

Date: 9/18/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re: United States v. Rebecca Linke, *et al.*
    20 CR 160 (MKV)

Dear Judge Vyskocil:

I represent Defendant Rebecca Linke, and submit this letter motion on her behalf seeking a modification of the travel limits of her bail as set forth below. The Government, by AUSA Andrew Adams does not object to the requested modification.

Ms. Linke was released on the day of her arrest, March 9, 2020, on a $100,000 Personal Recognizance Bond cosigned by her parents. Her travel limits are the Southern and Eastern Districts of New York, and the District of New Jersey, where she lives. Ms. Linke has been fully compliant with all bail conditions at all times.

I respectfully request that her travel limitations be extended to permit her to participate in a polo match in Upper Black Eddy, Pennsylvania on Saturday, September 19, at 2:00 p.m. She has been invited to play in the match, riding one of her own horses. While the match is technically "competitive," it involves bragging rights only; there are no purses or wagering.

Ms. Linke and I are available at any time for a conference, should the Court require additional information or have other questions. Her location and proposed travel itinerary will be provided to the Government and to Pretrial in advance.

I thank the Court for its consideration.

Sincerely,

David Wikstrom