UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21
```

UNITED STATES OF AMERICA,                    1:20-cr-00160-18 (MKV)

        -against-                                **ORDER**

REBECCA LINKE

        Defendant.

MARY KAY VYSKOCIL, United States District Judge

    ORDER as to Rebecca Linke. The Court will hold a Deferred Prosecution agreement hearing December 21, 2021 at 3pm.

    The conference will be held by video.  Links have been sent to all participants. Interested parties can listen by dialing 917 933-2166 using access code 380987250

**SO ORDERED.**
**Date: December 21, 2021**

MARY KAY VYSKOCIL
United States District Judge