```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #:_____
                                              DATE FILED:  12/21/2021
```

| United States of America | **Deferred Prosecution Agreement** |
|---|---|
| v. | **20 Cr. 160 (MKV)** |
| Rebecca Linke, | |
| *Defendant*. | |

TO: Rebecca Linke

On February 26, 2020, a felony indictment was issued by a grand jury sitting in the Southern District of New York,* in which you are accused of committing an offense against the United States, to wit, conspiracy to commit misbranding and drug adulteration, in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Sections 331 and ~~332(a)(2)~~. 333(a)(2). However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of two years from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

*and a superseding indictment, S6, was filed on November 5, 2020,

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall relinquish any professional license issued by any state horseracing authority allowing for participation in the sport of horseracing, to include any license issued by the New Jersey Racing Commission. You shall further refrain from applying for any such license(s) from any state during the period of compliance required under this agreement. You shall further refrain from the practice of veterinary medicine on horses involved, or intended to be involved, in parimutuel horse racing for the period of compliance required under this agreement.

(3) You shall associate only with law-abiding persons, and you shall avoid association with any member or employee of Colts Neck Equine.

(4) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(5) You shall not leave the Southern or Eastern Districts of New York or the District of New Jersey without permission of your supervising U.S. Pretrial Services Officer.

(6) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(7) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice, including participation in drug testing and treatment as directed by Pretrial Services.

(8) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution,*no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       December 15, 2021

*the charges in the initial Indictment and S6 will be dismissed, and

 

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

By: _____
     Andrew C. Adams
     Assistant United States Attorney
     Tel.: 212-637-2340

07.29.2012

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York

_Dec. 18, 2021_
Date

_[signature]_
David Wikstrom, Esq.
Attorney for Defendant

_[signature]_
Rebecca Linke
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved. **All parties consented to the annotations in red ink on the record at the hearing on December 21, 2021. See transcript.**
Dated: New York, New York

_December 21, 2021_
Date

_Mary Kay Vyskocil_
United States District Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York

_____
Date

_Francesca A. Piperato_
United States Pretrial Services Officer

07.29.2012