USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | NOLLE PROSEQUI |
| -v.- | 20 Cr. 160 (MKV) |
| REBECCA LINKE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1. The filing of this *nolle prosequi* will dispose of this case with respect to defendant REBECCA LINKE.

2. On February 26, 2020, a felony indictment was issued by a grand jury sitting in this District, and a superseding indictment, S6 20 Cr. 160 (MKV), was filed on November 5, 2020, in which defendant REBECCA LINKE was accused of committing an offense against the United States, to wit, conspiracy to commit misbranding and drug adulteration, in violation of Title 18, United States Code, Section 371, and Title 21, United States Code, Sections 331 and 333(a)(2).

3. In connection with resolving the charges contained in the initial and S6 Indictments, the defendant and the Government presented a Deferred Prosecution Agreement (the "Agreement") to the Court. The Agreement was executed by the Government on or about December 15, 2021, and the defendant on or about December 18, 2021. Pursuant to the Agreement, as endorsed by the Court on or about December 21, 2021, prosecution of REBECCA LINKE on the initial and S6 Indictments was to be deferred for a period of two years, and the Government would move to dismiss the charges against the defendant contained in the initial and S6 Indictments upon the completion of the deferred prosecution period, as long as the defendant complied with her obligations under the Agreement. On December 21, 2021, the Court excluded

time under the Speedy Trial Act until December 21, 2023.

4.  The Government, upon consultation with a representative of Pretrial Services, has determined that defendant REBECCA LINKE has complied with her obligations under the Agreement during the deferred prosecution period, and, therefore, will not now proceed with the prosecution of the defendant.

5.  In light of the foregoing, the Government recommends that an order of *nolle prosequi* be filed as to defendant REBECCA LINKE, with respect to Count Four in Indictment 20 Cr. 160 (MKV) and Count Five in Indictment S6 20 Cr. 160 (MKV).

_____
DAVID R. FELTON
SARAH MORTAZAZAVI
Assistant United States Attorneys
(212) 637-2299

Dated:   New York, New York
         December 29, 2023

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant REBECCA LINKE, with respect to Count Four in Indictment 20 Cr. 160 (MKV) and Count Five in Indictment S6 20 Cr. 160 (MKV).

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:   New York, New York
         December 29, 2023

SO ORDERED:

_____
HON. MARY KAY VYSKOCIL
United States District Judge
Southern District of New York

Dated:   New York, New York
         January 2, 2024

3